IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            :

v.                                                      :        Case No.  25-162

JAMES ERNY                                     :

   Defendant                                      :

...oooOooo...

## MOTION TO CONTINUE SENTENCING

James Erny, by undersigned counsel, respectfully requests a continuance to sentencing in this matter. Presently, Mr. Erny is scheduled for sentencing on June 9, 2026. Recently, however, undersigned counsel's elderly mother was injured in a fall that now requires a surgical procedure and counsel wishes to be by her side in California early next week.

Counsel for the United States does not oppose the request.

Respectfully submitted

_____/s/_____
TONY N. GARCIA
Garcia Law, LLC
7 Saint Paul Street
Suite 1100
Baltimore, Maryland 21202
PHONE: (410) 814-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2026, a copy of the foregoing Entry of Appearance was filed using the CM/ECF Filing system, and all interested parties have been served.

_____/s/_____
TONY N. GARCIA