**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S.Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel:  410-962-3190** |
| | **Fax: 410-962-3177** |

June 3, 2026

TO COUNSEL OF RECORD

> RE:    *USA v. James Carroll Erny*
>          Criminal No. RDB-25-0162

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been

rescheduled.  The Revised Schedule is as follows:

> **Sentencing:**          **July 22, 2026  at 2:30 p.m.**

Although informal in format, this letter nonetheless constitutes an Order of Court and

the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf#